**Brett H. Klein, Esq., PLLC**
305 Broadway, Suite 600
New York, New York 10007
T: (212) 335-0132  F: (212) 335-0571

June 2, 2025

**BY ECF**

Hon. Lewis A. Kaplan
United States District Judge
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/05/25

Re:   *Louis Laino v. City of New York, et al.*, 25 CV 2954 (LAK)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. I write to request that the initial pretrial conference currently scheduled for June 9, 2025 be adjourned *sine die* to allow the parties to first exhaust the activities required under the Court's Section 1983 Plan, before appearing for an initial pretrial conference.

We make this request without consent of defendants because plaintiff is still in the process of serving the complaint and therefore no defendants have yet appeared.

Thank you for your consideration.

Respectfully,

*Brett Klein*

Brett H. Klein

SO ORDERED
_____  06/05/25
LEWIS A. KAPLAN, USDJ