

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2026

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

May 14, 2026

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:    Laino v. City of New York, et al.,
>        25-CV-2954 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Abdelrahman Moustafa in the above-referenced matter. Defendants write to respectfully request (1) an adjournment of the conference scheduled for May 19, 2026, and (2) a *sua sponte* extension of time for defendants Tommy Horton and Pedro Lezcano to answer to June 15, 2026. This is the first such request, and all parties consent to this request.

By way of background, plaintiffs bring this action alleging, *inter alia*, excessive force and false arrest from two incidents on October 29, 2023, and December 22, 2023. *See* ECF No. 17. On March 6, 2026, plaintiff amended his complaint to add two police officers, Tommy Horton and Pedro Lezcano and filed proof of service on May 1, 2026. *See* ECF Nos. 17, 22-25. There is presently a mediation conference scheduled for May 21, 2026. *See* Docket Entry dated April 14, 2026.

The reason for this request for an adjournment of the conference and an extension of time for the newly served defendants to answer is that this office requires additional time to resolve representation with defendants Lezcano and Horton pursuant to General Municipal Law § 50(k). Pursuant to Section 50-k of the New York General Municipal Law, and based upon a review of those facts, this office must determine whether we may represent the individual defendant. *See*

*Mercurio v. The City of New York, et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York*, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). The City also therefore respectfully requests the Court *sua sponte* extend the time for the individually named Police Officers to respond to the complaint until June 15, 2026. Additionally, the parties would like to have further discussions with respect to settlement including after the mediation, and an initial conference would be premature as not all parties have yet to answer the amended complaint.

Accordingly, defendants request, an adjournment of the conference scheduled for May 19, 2026, and (2) a *sua sponte* extension of time for defendants Tommy Horton and Pedro Lezcano to answer to June 15, 2026.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:  **VIA ECF**
Brett H. Klein
*Attorney for Plaintiff*

Douglas Labarbera
*Attorney for Francesco Monastra*

Granted

**SO ORDERED**

_____
**LEWIS A. KAPLAN, USDJ**

5/18/26

2