

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**RANDY NANDLALL**
*Assistant Corporation Counsel*
Tel.: (212) 356-2356
Fax: (212) 356-3509
rnandlal@law.nyc.gov

June 12, 2026

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/11/26

**VIA ECF**
Honorable Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Re:   Laino v. City of New York, et al.,
>         25-CV-2954 (LAK)

Your Honor:

I am an Assistant Corporation Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney representing defendants City of New York and Abdelrahman Moustafa in the above-referenced matter. Defendants write to respectfully request (1) an adjournment of the conference scheduled for June 17, 2026, and (2) a three week extension of time for defendants Tommy Horton and Pedro Lezcano to answer the complaint from June 15, 2026 to July 6, 2026. This is the second such request, and all parties consent to this request.

By way of background, plaintiffs bring this action alleging, *inter alia*, excessive force and false arrest from two incidents on October 29, 2023, and December 22, 2023. *See* ECF No. 17. On March 6, 2026, plaintiff amended his complaint to add two police officers, Tommy Horton and Pedro Lezcano and filed proof of service on May 1, 2026. *See* ECF Nos. 17, 22-25. There was a mediation conference scheduled for May 21, 2026. *See* Docket Entry dated April 14, 2026. The parties were unable to resolve the case at mediation.

The reason for this request for an adjournment of the conference and an extension of time for the newly served defendants to answer is that this office requires additional time to resolve representation with defendants Lezcano and Horton pursuant to General Municipal Law § 50(k). Pursuant to Section 50-k of the New York General Municipal Law, and based upon a review of those facts, this office must determine whether we may represent the individual defendant. *See*

*Mercurio v. The City of New York, et al.*, 758 F.2d 862, 864-65 (2d Cir. 1985) (quoting *Williams v. City of New York*, et al., 64 N.Y.2d 800, 486 N.Y.S.2d 918 (1985) (decision whether to represent individual defendants is made by the Corporation Counsel as set forth in state law)). The City also therefore respectfully requests the Court extend the time for the individually named Police Officers to respond to the complaint until July 6, 2026.

Accordingly, defendants write to respectfully request (1) an adjournment of the conference scheduled for June 17, 2026, and (2) a three week extension of time for defendants Tommy Horton and Pedro Lezcano to answer the complaint from June 15, 2026 to July 6, 2026. This is the second such request, and all parties consent to this request.

Thank you for your consideration herein.

Respectfully submitted,

*/s/ Randy Nandlall*
Randy Nandlall
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Brett H. Klein
*Attorney for Plaintiff*

Douglas Labarbera
*Attorney for Francesco Monastra*

Granted. Conference will be rescheduled

SO ORDERED

——————————————————
LEWIS A. KAPLAN, USDJ

6/16/26

2